# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 338 MAL 2020

                Respondent

                        v.

TODD JOHN DIXON,

                Petitioner

: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.